IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Rebecca Y. McINtosh                    )
5673 N. Peppereel Way                  )
McCordsville IN 46055                  )
     Plaintiff(s),                    )      CIVIL ACTION NO. 2:23-cv-505
                                     )
                                     )      JURY DEMAND (MARK ONE)
                                     )
                                     )      ☑ YES      ☐ NO
    v.                               )
Opp City Police Dept                   )
106 N. Main Street                     )
Opp AL 36467                           )
     Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 5673 N. Peppereel Way, McCordsville IN 46055

2. Name and address of defendant(s): Opp City Police Dept 106 N. Main St Opp Alabam 36467

3. Place of alleged violation of civil rights: Opp ALabama, Covington County, 305 Mullins Ave 36467

4. Date of alleged violation of civil rights: December 16, 2021

5. State the facts on which you base your allegation that your constitutional rights have been violated: Police Brutality, civil rights Violation False arrest; evidence Tampering - Deflamation of Character; Intimidation of witness + doctor Pain + Suffering - Harassment Broken Left arm - torn ligaments right Knee - Freedom of speech.

1

6.    Relief requested: Request monies for the violation of civil rights + Pain + suffering - unlawful arrest, Police brutality, Evidence tampering freedom of speech, deflamation of character. Harassment (following me in the city, harassing phone calls). Intimidation of witness + Doctor at Mizell memorial Hospital

Date: August 17, 2023        Rebecca y McIntosh

Plaintiff(s) Signature

2

7022 3330 0000 6459 9441

Retail  36104 RDC 99

U.S. POSTAGE PAID
FCM LG ENV
INDIANAPOLIS, IN 46236
AUG 17, 2023
$7.14
R2305M146849-01

FROM:

Rebecca Y. McIntosh
5673 N. Peppereel Way
Mccordsville In 46055

TO:

U.S.D.C. Clerk of Court
One church st, Ste B-110
Montgomery AL 36104