IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| REBECCA Y. McINTOSH,           )<br>                                )<br>     Plaintiff,               )<br>                                )<br>     v.                         )<br>                                )<br> OPP CITY POLICE DEPT.,         )<br>                                )<br>     Defendant.                 ) | CIVIL ACTION NO.<br>2:23cv505-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit alleging that she was the victim of police brutality and that the doctors who examined her upon her arrest deliberately misdiagnosed or otherwise ignored the severity of her injuries.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2023.

                                            /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**